```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF NEBRASKA

DR. KKK ROY, et al.,           )
                               )
              Plaintiffs,      )           4:09CV3262
                               )
         v.                    )
                               )
TIME WARNER CABLE, et al.,     )              ORDER
                               )
              Defendants.      )
_____)
```

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* (Filing No. 2).  Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis.  Accordingly,

IT IS ORDERED that leave to proceed *in forma pauperis* is provisionally granted.

DATED this 15th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court